# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Robert Herndon

V.

Michael J. Astrue, Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10CV2209-BTM-BGS

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment is Denied and Defendant's Motion for Summary Judgment is Granted.  Judgment is in favor of the Defendant, affirming the decision of the Commissioner.

| October 4, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/ E Silvas |
|  | (By) E. Silvas, Deputy Clerk |
|  | ENTERED ON October 4, 2011 |